IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAYE HOSKINS,<br><br>             Plaintiff,<br><br>       v.<br><br><br>L. LUNDY, et al.,<br><br>             Defendants. | NO. CV 23-8963-JGB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

On March 24, 2025, Plaintiff filed a request for a 30-day extension of time to file a First Amended Complaint ("FAC").

IT IS ORDERED that Defendants' motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) is GRANTED IN PART AND DENIED IN PART as follows:

  (1) All official capacity claims are dismissed without leave to amend;

1

(2) Defendants Villareal's and Ulloa's motion to dismiss Plaintiff's excessive force claims under the Eighth Amendment under Fed. R. Civ. P. 12(b)(6) is denied and Plaintiff is permitted to file a First Amended Complaint stating what relief Plaintiff seeks against Defendants Villareal and Ulloa;

(3) Defendants' motion to dismiss the Fourth and Fourteenth Amendment claims is granted without leave to amend;

(4) Defendant Lundy's motion to dismiss all claims is granted with leave to amend;

(5) Defendants' motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(1) is denied; and

(6) Plaintiff is granted leave to file a First Amended Complaint, **within 30 days after entry of this Order**, against Defendants under the Eighth Amendment solely in their individual capacity that cures the deficiencies by (a) stating what relief Plaintiff seeks against all defendants and (b) stating the factual basis for a supervisory claim against Defendant Lundy in her individual capacity under the Eighth Amendment. Plaintiff's request for an extension of time to file the First Amended Complaint is therefore DENIED AS MOOT.

Plaintiff is advised that the First Amended Complaint generally supersedes the original complaint. If Plaintiff chooses to file a First Amended Complaint, it must be filed within 30 days after entry of the District Court's Order, bear the docket number assigned to this case, be labeled "First Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading, or other documents

The case is referred back to the Magistrate Judge for further proceedings.

DATED: March 14, 2025

_____
JESUS G. BERNAL
United States District Judge