(JS-6)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**ANTHONY RAYE HOSKINS,**

Plaintiff,

v.

**L. LUNDY, ET AL.,**

Defendants.

Case No. 2:23-cv-08963-JGB-AGR

**ORDER OF DISMISSAL**

In accordance with the Stipulation for Voluntary Dismissal with Prejudice entered into by Plaintiff Anthony Raye Hoskins and Defendants F. Ulloa and D. Villarreal, IT IS SO ORDERED THAT the matter is dismissed with prejudice forthwith under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own litigation costs and attorney's fees.

The Clerk of Court is directed to close the case.

Dated: ___March 19, 2026_____

_____
The Honorable Jesus G. Bernal

1